IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

PAMELA HOUSE                                                                                          PLAINTIFF

v.                                    Case No. 6:16-cv-6045

**PLD TRANSPORT, INC.**; **TERRY LYNN LUCY**,
Individually and as Officer and Director of
PLD TRANSPORT, INC.; and **HENRY LEE LUCY**,
Individually and as Officer and Director of
PLD TRANSPORT, INC.                                                                              DEFENDANTS

## JUDGMENT

A bench trial was held in this matter on August 7, 2016. For the reasons stated in the Findings of Fact and Conclusions of Law, the Court enters judgment as follows:

1. Judgment shall be entered in Plaintiff's favor against Defendants PLD Transport, Inc., Terry Lynn Lucy, and Henry Lee Lucy.

2. Damages in the amount of $55,973.86 shall be awarded in favor of Plaintiff against Defendants PLD Transport, Inc., Terry Lynn Lucy, and Henry Lee Lucy.

3. Attorneys' fees in the amount of $21,411.50 shall be awarded in favor of Plaintiff against Defendants PLD Transport, Inc., Terry Lynn Lucy, and Henry Lee Lucy.

4. Costs in the amount of $1,183.08 shall be awarded in favor of Plaintiff against Defendants PLD Transport, Inc., Terry Lynn Lucy, and Henry Lee Lucy.

**IT IS SO ORDERED**, this 1st day of March, 2018.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge